**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In Re:   Raquel L. Galloway                                     Case No.  10-12777-RGM

                                                                                                               Chapter 13

        Debtor(s).

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

____    Voluntary Petition [*Specifiy reason for amendment: _____*]
Official Form 6 Schedules
    ____    Summary of Schedules
    ____    Schedule A – Real Property
    ____    Schedule B – Personal Property
    ____    Schedule C – Property Claimed as Exempt
    __X__  Schedule D – Creditors Holding Secured Claims                                  **} Check one:**
    ____    Schedule E – Creditors Holding Unsecured Priority Claims              **} ___ Creditor(s) added**
    ____    Schedule F – Creditors Holding Unsecured Nonpriority Claims        **} ____ No Creditor(s) added**
    ____    Schedule G – Executory Contracts and Unexpired Leases                **} ____ Creditor(s) deleted**
    ____    Schedule H – Codebtors                                                                             **} ____ Soc Sec. No. amended***
    ____    Schedule I – Current Income of Individual Debtor(s)
    ____    Schedule J – Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**

***Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database.]**

____    Statement of Financial Affairs
____    Chapter 7 Individual Debtor's Statement of Intention
____    Chapter 11 List of Equity Security  Holders
____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
____    Disclosure of Compensation of Attorney for Debtor
____    Other: _Statement of Current Monthly Income_____

**NOTICE OF AMENDMENTS TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____

Date:   __May 11, 2010_____                                              _____/s/ Klinette H. Kindred_____
                                                                                         Robert R. Weed vsb #24646
                                                                                         Klinette Kindred vsb #18000
                                                                                         Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:   Raquel L. Galloway                                Case No. 10-12777-RGM

            Debtor(s)                                              Chapter 13

TO: see attached list

**NOTICE TO
CREDITOR(S) (RE AMENDMENT)**

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed **Deleting** you as a creditor. A copy of the amendment is forwarded to you together with this notice.

[If amendment is adding creditor(s)] NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims (if any was given), for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts, a copy of the discharge of the debtor, if one has been entered, a subsequent notice to file claims, if one has been issued, and any other filed document affecting the rights of the added creditor(s).

Date: May 11, 2010

By/s/Klinette       Kindred_____
Attorney for Debtor [or Pro Se Debtor]
State Bar No.: 18000
Address: 7900 Sudley Rd. Ste 409
Manassas, VA  20109
Telephone No.: 703-335-773

**CERTIFICATION**

   I certify that on May 11, 2010, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

_/s/Klinette       Kindred_____
Attorney for Debtor [or Pro Se Debtor]

B6D (Official Form 6D) (12/07)

In re **Raquel L Galloway**                                    Case No.   **Amendment**
                                                                               (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>AFS, LLC dba Loan Max<br>c/o CT Corporation System Reg Agent<br>4701 Cox Rd., Ste 301<br>Glen Allen, VA  23060 | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Title/Pay Day Loan**<br>COLLATERAL:<br>REMARKS:<br><br>VALUE:     $0.00 | | | | $0.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **Subtotal (Total of this Page) >** | | | **$0.00** | **$0.00** |
| | | | | **Total (Use only on last page) >** | | | **$0.00** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Raquel L Galloway**                                    Case No.   **Amendment**
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**1**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **05/11/2010**                              Signature  **/s/ Raquel L Galloway**
                                                            *Raquel L Galloway*

Date _____                            Signature _____

                                                 [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

Case 10-12777-RGM   Doc 12   Filed 05/11/10   Entered 05/11/10 20:52:20   Desc Main
Document   Page 5 of 6

Debtor(s): **Raquel L Galloway**                Case No: **Amendment**                EASTERN DISTRICT OF VIRGINIA
                                                Chapter: **13**                       ALEXANDRIA DIVISION

| | | |
|---|---|---|
| 21st Mortgage Corp<br>620 Market Street Suite 100<br>Knoxville, TN 37902 | CitiBank<br>701 E 60th Street N<br>Sioux Falls, SD 57104 | Potomac Hospital<br>P.O. Box 18213<br>Merrifield, VA 22118 |
| ACS/JP Morgan Chase Bank<br>501 Bleecker St<br>Utica, NY 13501 | Creditors Interchange<br>80 Holtz Dr.<br>Buffalo, NY 14225 | Sam's Club/GE Money Bank<br>PO BOX 981064<br>El Paso, TX 79998 |
| Advanced Call Center/Advanta<br>P.O. Box 8457<br>Gray, TN 37615 | Discover Financial Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | Student Loan Corp<br>PO Box 6615<br>The Lakes, NV 88901 |
| Advanta Bank Corp<br>PO Box 844<br>Spring House, PA 19477 | Home Depot/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117 | Student Loan Corp c/o NCO Finan<br>PO Box 510950<br>New Berlin, WI 53151 |
| AFS, LLC dba Loan Max<br>c/o CT Corporation System Reg A<br>4701 Cox Rd., Ste 301<br>Glen Allen, VA 23060 | Hospital Phys Services LLC<br>PO BOX 22249<br>Baltimore, MD 21203 | Target Corp<br>P.O. Box 673<br>Minneapolis, MN 55440 |
| AllianceOne/GE Money Bk-Sam's C<br>P.O. Box 3107<br>Southeastern, PA 19398 | Juniper<br>PO Box 13337<br>Philadelphia, PA 19101 | Taylor, Bean & Whitaker Mortgag<br>1417 N. Magnolia Ave.<br>Ocala, FL 34475-9078 |
| Barclays Bank Delaware<br>PO BOX 8833<br>Wilmington, DE 19899 | Nationwide Credit Corp/Potamac<br>5503 Cherokee Avenue<br>Alexandria, VA 22312 | US Department of Education<br>PO BOX 5609<br>Greenville, TX 75403 |
| BB&T<br>P.O. Box 2306<br>Wilson, NC 27894 | Nationwide Credit Corp/Potamac<br>5503 Cherokee Avenue<br>Alexandria, VA 22312 | Virginia Hospital Center Arling<br>PO Box 1494 Drawer CCC<br>Merrifield, VA 22116 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | Phillips & Cohen Assoc, LTD/Adv<br>1002 Justison St.<br>Wilmington, DE 19801 | Virginia Hospital Center c/o NC<br>PO Box 9156<br>Alexandria, VA 22304 |
| Citi Cards<br>PO Box 182564<br>Columbus, OH 43218 | Potomac Hospital<br>P.O. Box 18213<br>Merrifield, VA 22118 | WFNNB/Metro Style<br>4590 E. Broad St.<br>Columbus, OH 43213 |

Case 10-12777-RGM    Doc 12    Filed 05/11/10    Entered 05/11/10 20:52:20    Desc Main
Document      Page 6 of 6
Debtor(s):  **Raquel L Galloway**
Case No:  **Amendment**
Chapter:  **13**
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

```
WFS/Wachovia Dealer Svcs
PO BOX 1697
Winterville, NC 28590



Zwicker & Associates, PC/Sam's
80 Minuteman Road
Andover, MA 01810
```