UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
ALEXANDRIA DIVISION

IN RE:
RAQUEL L. GALLOWAY
Debtor(s)

BCN#: 10-12777\RGM
Chapter: 13

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Aurora Loan Services, LLC and requests that she be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
Shapiro & Burson, LLP

By: _____
EDWARD S. JONES, ESQ. VSB#77729
Shapiro & Burson, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462
(757) 687-8777

## CERTIFICATE

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this ___3___ day of ___June___, 2010, to the following:

KLINETTE H. KINDRED
311 N. WASHINGTON ST., 3RD FL.
ALEXANDRIA, VA 22314

THOMAS P. GORMAN
300 N. WASHINGTON ST., STE. 400
ALEXANDRIA, VA 22314

_____
EDWARD S. JONES, ESQ.
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777  09-157325D