B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

_____ Eastern _____ District Of _____ Virginia _____

In re  Raquel Galloway _____ ,          Case No. _10-12777_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.


_ECMC_____          _National Student Loan Program_____
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _5_____
should be sent:                                       Amount of Claim:  $4,569.05_____
ECMC                                                 Date Claim Filed:  _5-4-10_____
P.O. Box 75906
St. Paul, MN 55175

Phone:  _651-221-0566_____          Phone:  _1-800-735-8778_____
Last Four Digits of Acct #:  _2682_____          Last Four Digits of Acct. #:  _2682_____

Name and Address where transferee payments
should be sent (if different from above):
ECMC
Lockbox 8682
P. O. Box 75848
St. Paul, MN 55175-0848
Phone:  _651-221-0566_____
Last Four Digits of Acct #:_2682_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _/S/ Tammy Schlottke_____          Date: 8-26-10_____
        Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT _____Eastern_____ DISTRICT OF _____Virginia_____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor   **Galloway, Raquel L** | Case Number   **10-12777-RGM** |
|---|---|

| NOTE   *This form should not be used to make a claim for an administrative expense arising after the commencement of the case   A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503* |
|---|

| Name of Creditor (the person or other entity to whom the debtor owes money or property)   **JPMORGAN CHASE** | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br><br>**ACS<br>P O BOX 22724<br>LONG BEACH, CA 90801-5724**<br>Telephone number   **(310) -513-2700** | **Court Claim Number** _____<br>*(If known)*<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim   Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |

| 1  Amount of Claim as of Date Case Filed          $          **$4,569 05**<br><br>If all or part of your claim is secured  complete item 4 below, however, if all of your claim is unsecured  do not complete item 4<br><br>If all or part of your claim is entitled to  priority  complete item 5<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim   Attach itemized statement of interest or charges | 5  Amount of Claim Entitled to priority under 11 U S C §507(a)  If any protion of your claim falls in one of the following categories, check the box and state the amount<br><br>Specify the priority of the claim<br><br>☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B) |
|---|---|
| 2  Basis for Claim          **Student loan**<br>(See instruction # 2 on reverse side ) | ☐ Wages  salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C §507 (a)(4) |
| 3  Last four digits of any number by which creditor identifies debtor     **2682**<br><br>3a  Debtor may have schedule account as _____<br>(See instruction #3a on reverse side ) | |
| 4  Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff        ☐ Real Estate    ☐ Motor Vehicle   ☐ Other<br>Describe<br><br>Value of Property $_____ Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>If any  $_____ Basis for perfection _____<br><br>Amount of Secured Claim   $ _____ Amount Unsecured  $ ____**$4,569 05**____ | ☐ Contributions to an employee benefit plan  11 U S C §507 (a)(5)<br><br>☐ Up to $2 425* of deposits toward purchase, lease  or rental of property or services for personal  family  or household use  11 U S C §507 (a)(7)<br><br>☐ Tax or penalties owed to governmental units  11 U S C §507 (a)(8) |
| 6  Credits   The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br><br>7  Documents   Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders  invoices  itemized statements or running accounts, contracts, judgments, mortgages and security agreements   You may also attach a summary   Attach redacted copies of documents providing evidence of perfection of a security interest   You may also attach a summary   *(See definition of "redacted" on reverse side )*<br><br>DO NOT SEND ORIGINAL DOCUMENTS   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | ☐ Other - Specify applicable paragraph off 11 U S C §507 (a)(_)<br><br>**Amount entitled to priority**<br><br>$ _____<br><br>* Amount are subject to adjustment on 04/01/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |

| Date<br><br>4/30/2010 | Signature   The person filing this claim must sign it   Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above   Attach copy of power of attorney, if any<br><br>*[signature]*                    **Leticia Amon**<br>                                 **Default Representative** | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim   Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT

| FOR THE | Eastern | DISTRICT OF | Virginia |
| --- | --- | --- | --- |

IN RE   **Galloway, Raquel L**    BANKRUPTCY CASE NUMBER    **10-12777-RGM**

ACCT #   **XXX-XX- 2682**                         CHAPTER            **13**

## ASSIGNMENT

FOR A VALUABLE CONSIDERATION, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED,
**JPMORGAN CHASE**                                           DOES HEREBY ASSIGN,TRANSFER
AND SET OVER TO THE **NATIONAL STUDENT LOAN PROGRAM**                         ITS CLAIM OF
**$4,569 05**        AS FILED HEREIN AGAINST THE ABOVE DEBTOR
**JPMORGAN CHASE**                                    SPECIFICALLY WAIVES FURTHER NOTICE OF
ANY MATTERS IN CONNECTION WITH THE ABOVE AND FOREGOING CLAIM AND REQUESTS THE COURT
TO MAKE AN ORDER SUBROGATING THE ABOVE ASSIGNEE TO THE RIGHTS OF
**JPMORGAN CHASE**                                        HEREIN   IT IS FURTHER REQUESTED
THAT ANY CHECK RESPECTING THIS CLAIM BE MADE PAYABLE TO

**NATIONAL STUDENT LOAN PROGRAM**
**1300 "O" STREET LINCOLN,  NE 68508**

SIGNED  *[signature]*
AS AUTHORIZED AGENT

BY       **ACS**
TITLE    **DEFAULT CLAIM EXAMINER**
DATE    **4/30/2010**
**Prepared By**   **Leticia Amon**

## ORDER

AT _____  _____ THIS
_____ DAY OF _____ 2010, ON THE FOREGOING, IT IS ORDERED
THAT THE ABOVE DESCRIBED ASSIGNEE BE SUBROGATED TO THE RIGHTS, DUTIES AND OBLIGATIONS
OF THE ORIGINAL CLAIMANT IN THE CLAIM FILED HEREIN, DESIGNATED AT NO _____

FILED AT _____ O'CLOCK

_____
BANKRUPTCY JUDGE

July 2, 2010

Ms Jan Jacobson
ECMC
1 Imation Place
Building 2
Oakdale, MN 55128

Dear Ms Jacobson

The National Student Loan Program (NSLP) assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans listed in the enclosure to this letter

The National Student Loan Program hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001

**TOTAL LOANS SENT VIA FTP.**        **323**
**TOTAL BORROWERS:**        **109**

Sincerely,

Diane Boatman
Senior Bankruptcy Analyst

Enclosures